Affidavit of Agency License 117-000192

## UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF ILLINOIS
Case Number **19 cv 03394**

**Midwest Operating Engineers Welfare Fund, et al.**
v.

**WillCo Green f/k/a E.F. Heil LLC, SJZJ, LLC and Donagal Services, LLC**

I, **Philip Pupillo**

deposes and says that he/she is either a licensed and/or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure, Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause.

## CORPORATE SERVICE

| | |
|---|---|
| THAT I SERVED THE WITHIN | **SUMMONS AND FIRST AMENDED CONSOLIDATED COMPLAINT** |
| ON THE WITHIN NAMED DEFENDANT | **Donegal Services, LLC c/o Simon Bradley** |
| PERSON SERVED | **Allison Suerth, Employee authorized to accept** |
| BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT | **10/1/2019** |

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Sex** | FEMALE | **Race** | WHITE | **Age** | 40's |
| **Height** | 5' 7" | **Build** | AVERAGE | **Hair** | BLACK |

LOCATION OF SERVICE  **13011 Grant Rd**
**Lemont, Illinois 60439**

Date Of Service  **10/1/2019**
Time  **8:58 AM**

Philip Pupillo                                                                 10/1/2019
**Agency License 117-000192**     Agency License 117-000192

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Philip Pupillo                                                                 10/1/2019

*9524A*

Law Firm ID:  **INSTITUTE FOR WORKERS WELFARE, P.C.**    Firm #      Case Return Date:  **10/24/2019**