**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Midwest Operating Engineers Welfare Fund, Midwest Operating Engineers Pension Trust Fund, Operating Engineers Local 150 Apprenticeship Fund, Midwest Operating Engineers Retirement Enhancement Fund, Local 150 IUOE Vacation Savings Plan and the Construction Industry Research and Service Trust Fund, ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | Civil Action No.: 19-cv-03394 |
| v. ) ) | Judge Edmond E. Chang |
| WillCo Green LLC f/k/a E.F. Heil LLC, SJZJ, LLC, and Donegal Services, LLC, joint employers, ) ) ) ) | Magistrate Judge Young B. Kim |
| Defendants, ) ) | |
| and ) ) | |
| E.F. Heil, LLC, f/k/a WillCo Green, LLC, ) ) | |
| Plaintiff/Counter-Defendant, ) ) | |
| v. ) ) | |
| International Union of Operating Engineers, Local 150, AFL-CIO, District 1, ) ) ) | |
| Defendant/Counter-Plaintiff. ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **September 11, 2020 at 11:00 a.m.,** or as soon as counsel may be heard, I shall appear via Court-Solutions before the Honorable Magistrate Judge Young B. Kim or any judge sitting in his stead in Courtroom 1019 of the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 S. Dearborn Street, Chicago, Illinois, and then there present **Motion to Extend Deadline for Completion of Fact Discovery**, a copy of which is hereby served upon you.

Respectfully submitted, SJZJ, LLC

By: /s/ Derek D. Samz

Paul A. Greco, #6229350
Derek D. Samz, #6290656
Thomas J. Cassady, #6307705
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068
tel: 847-698-9600
fax: 847-698-9623
Email: pgreco@dimontelaw.com
dsamz@dimontelaw.com
tcassady@dimontelaw.com

### CERTIFICATE OF SERVICE

The undersigned, a non-attorney, hereby certifies that on September 4, 2020, she served (or caused to be served) upon the persons listed below, via the Court's electronic CM/ECF system, copies of this **Notice of Motion**, and **Motion to Extend Deadline for Completion of Fact Discovery.**

/s/ Meagan E. Russell,
Assistant to Derek D. Samz
And Thomas J. Cassady

**SERVICE LIST:**

**Via CM/ECF**

Dale D. Pierson
Brad H. Russell
Elizabeth Ann LaRose
Melinda S. Hensel
Local 150 Legal Department/Institute
for Worker Welfare
6140 Joliet Road
Countryside, IL 60525
*Attorney For Plaintiffs*

Joseph James Torres
Larue Lawrence Robinson
Jenner & Block, LLP
353 N. Clark Street
Chicago, Illinois 60654
*Attorneys for WillCo Green, LLC*

Jack P. Cerone
Erbacci & Cerone, Ltd.
770 Lee Street, Suite 201
Des Plaines, Illinois 60016
*Attorneys for WillCo Green, LLC*

Thomas Stephen Bradley
Kevin William Frey
Laner Muchin, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60654
*Attorneys for Donegal Services, LLC*