UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Midwest Operating Engineers Welfare Fund, Midwest Operating Engineers Pension Trust Fund, Operating Engineers Local 150 Apprenticeship Fund, Midwest Operating Engineers Retirement Enhancement Fund, Local 150 IUOE Vacation Savings Plan and the Construction Industry Research and Service Trust Fund<br><br>        Plaintiffs,<br><br>    v.<br><br>WillCoGreen LLC f/k/a E.F. Heil LLC, SJZJ, LLC, and Donegal Services, LLC, joint employers,<br><br>        Defendants<br><br>    And<br><br>E.F. Heil, LLC, f/k/a WillCo Green, LLC,<br><br>        Plaintiff/Counter-Defendant,<br><br>    v.<br><br>International Union of Operating Engineers, Local 150, AFL-CIO District 1,<br><br>        Defendant/Counter-Plaintiff. | Civil No. 19-cv-03394<br>District Judge Edmond E. Chang<br>Magistrate Judge Young B. Kim |

## JOINT STATUS REPORT

Pursuant to this Court's November 12, 2020 minute entry (Dkt. 108), Plaintiffs Midwest Operating Engineers Welfare Fund, Midwest Operating Engineers Pension Trust Fund, Operating Engineers Local 150 Apprenticeship Fund, Midwest Operating Engineers Retirement Enhancement Fund, Local 150 IUOE Vacation Savings Plan, and the Construction Industry Research and Service Trust Fund (collectively, "Plaintiffs"), and WillCo Green LLC f/k/a E.F.

Heil LLC, Donegal Services, LLC, and SJZJ, LLC, (collectively "Defendants"), respectfully submit this Joint Status Report as follows:

1. On November 30, 2020, the parties submitted a Joint Status Report Regarding Expert Discovery. (Dkt. 111.)

2. On December 1, 2020, Judge Kim entered a scheduling order setting forth the following: (a) Plaintiffs shall serve their Rule 26(a)(2) reports (including their final audit report) on Defendants by January 29, 2021; (b) Defendants shall depose Plaintiffs' experts by March 19, 2021; (c) Defendants shall serve their Rule 26(a)(2) reports on Plaintiffs by April 16, 2021; and (d) Plaintiffs shall depose Defendants' experts by May 7, 2021. (Dkt. 113.)

3. The parties are prepared to proceed with expert discovery in accordance with that scheduling order.

Dated: December 4, 2020

Respectfully submitted,

By: */s/ Joseph J. Torres*
    One of the Attorneys for WillCo Green, LLC

Joseph J. Torres
Emma J. O'Connor
Jennifer T. Beach
Jenner & Block, LLP
353 N. Clark Street
Chicago, Illinois 60654
*jtorres@jenner.com*
*jbeach@jenner.com*
*eoconnor@jenner.com*
*Attorneys for WillCo Green, LLC*

Jack P. Cerone
Erbacci & Cerone, Ltd.
770 Lee Street, Suite 201
Des Plaines, Illinois 60016
*jpcerone@lawyer.com*
*Attorneys for WillCo Green, LLC*

| | |
|---|---|
| Attorneys for Plaintiff Funds | Attorneys for Defendant/Counter-Plaintiff IUOE Local 150: |
| By: */s/ Melinda S. Burleson* | By: */s/ Melinda S. Burleson* |
| Dale D. Pierson *(dpierson@local150.org)*<br>Melinda S. Burleson (*mburleson@local150.org*)<br>Brad H. Russell *(brussell@local150.org)*<br>Institute for Worker Welfare, P.C.<br>6141 Joliet Road<br>Countryside, IL 60525<br>Ph. 708/579-6613<br>Fx. 708/588-1647 | Dale D. Pierson *(dpierson@local150.org)*<br>Melinda S. Burleson *(mburleson@local150.org)*<br>James Connolly Jr. *(jconnolly@local150.org)*<br>Local 150 Legal Department<br>6140 Joliet Road<br>Countryside, IL 60525<br>Ph. 708/579-6663<br>Fx. 708/588-1647 |
| Attorneys for SJZJ, LLC | Attorneys for Donegal Services, LLC |
| By: */s/ Derek D. Samz* | By: */s/ Kevin W. Frey* |
| Paul A. Greco<br>Derek D. Samz<br>DiMonte & Lizak, LLC<br>216 W. Higgins Road<br>Park Ridge, IL 60068<br>*pgreco@dimontelaw.com*<br>*dsamz@dimontelaw.com*<br>*Attorneys for SJZJ, LLC* | Thomas S. Bradley<br>Kevin W. Frey<br>Laner Muchin, Ltd.<br>515 North State Street, Suite 2800<br>Chicago, Illinois 60654<br>*tbradley@lanermuchin.com*<br>*Attorneys for Donegal Services, LLC* |

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that on December 4, 2020, he caused a copy of the foregoing to be electronically filed with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Paul A. Greco
Derek D. Samz
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068
*pgreco@dimontelaw.com*
*dsamz@dimontelaw.com*
*Attorneys for SJZJ, LLC*

Jack P. Cerone
Erbacci & Cerone, Ltd.
770 Lee Street, Suite 201
Des Plaines, Illinois 60016
*jpcerone@lawyer.com*
*Attorneys for WillCo Green, LLC*

Dale D. Pierson *(dpierson@local150.org)*
Melinda S. Burleson *(mburleson@local150.org)*
Brad H. Russell *(brussell@local150.org)*
Institute for Worker Welfare, P.C.
6141 Joliet Road
Countryside, IL 60525
Ph. 708/579-6613
Fx. 708/588-1647
*Attorneys for Plaintiffs*

Thomas S. Bradley
Kevin W. Frey
Laner Muchin, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60654
*tbradley@lanermuchin.com*
*Attorneys for Donegal Services, LLC*

      By: */s/ Joseph J. Torres*
          One of the Attorneys for WillCo Green, LLC